ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Skanska USA Civil Southeast, Inc. | ) ASBCA No.   62215 |
| | ) |
| Under Contract No.    N40085-10-C-3006 | ) |

APPEARANCE FOR THE APPELLANT:      Jennifer A. Mahar, Esq.
  Smith Pachter McWhorter, PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
  Jonathan C. McKay, Esq.
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 10, 2020

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62215, Appeal of Skanska USA Civil Southeast, Inc., rendered in conformance with the Board's Charter.

Dated:  July 10, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals